No. 770. McGrew v. McGrew et al.; and

No. 771. Same v. Same. April 21, 1930. Petitions for writs of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed *in forma pauperis*, denied. *Olive B. Lacy* for petitioner. No appearance for respondents.

No. 799. Middleton v. California. April 21, 1930. Petition for writ of certiorari to the District Court of Appeal, 3rd Appellate District, of California, and motion for leave to proceed *in forma pauperis*, denied. *Mr. William W. Middleton, pro se.* No appearance for respondent.

No. 611. Utica Knitting Co. v. United States. April 21, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Harry A. Fellows* and *Henry M. Ward* for petitioner. *Attorney General Mitchell, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *Charles R. Pollard* for the United States. Reported below: 68 Ct. Cls. 77.

No. 636. DuPuy v. United States; and

No. 637. Same v. Same. April 21, 1930. Petition for writs of certiorari to the Court of Claims denied. *Messrs. H. B. McCawley* and *Lamar Hardy* for petitioner. *Attorney General Mitchell, Assistant Attorney General Rugg, Messrs. Claude R. Branch, Charles R. Pollard,* and *W. Marvin Smith* for the United States.

No. 665. Warren, Executrix, v. United States. April 21, 1930. Petition for writ of certiorari to the Court